IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BONIFICIO LUNA TOXQUI, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 1:16-cv-01657-JEB |
| | : | |
| ASHKAR BROTHERS, INC. D/B/A | : | |
| MONTANA DOUBLE CAR WASH, | : | |
| | : | |
| Defendant | : | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the above-captioned action, with prejudice.

                                          Respectfully submitted,

                                          STEIN SPERLING BENNETT
                                          DE JONG DRISCOLL PC

By:       /s/ *Mary Craine Lombardo*
          Mary Craine Lombardo (495881)
          25 West Middle Lane
          Rockville, Maryland 20850
          301-340-2020
          301-354-8126 (facsimile)
          mlombardo@steinsperling.com

          *Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4881758_1